UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:16CV-P100-TBR

DAVID MAURICE WATKINS                                                        PLAINTIFF

v.

BRADLEY L. BOYD *et al.*                                                         DEFENDANTS

**MEMORANDUM OPINION**

       Plaintiff David Maurice Watkins filed the instant *pro se* 42 U.S.C. § 1983 action. By Memorandum Opinion and Order entered November 18, 2016 (DN 10), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the claims against the named Defendants and allowed Plaintiff to amend his complaint. Specifically, the Court dismissed Plaintiff's claims against Defendants Christian County Jail and Princeton Police Department and the official-capacity claims against Defendants Boyd, Campbell, Howard, and Fox pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. The Court further provided Plaintiff with an opportunity to file an amended complaint to name Defendants in their individual capacities. The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of an Order dismissing the action for the reasons stated therein.

       The 30-day period has long since expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date:

cc:     Plaintiff, *pro se*
          Defendants
4413.005